**Exhibit "B"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20236-CMA

JESUS GONZALEZ,

    Plaintiff,

v.

GRAZIANO'S SUNSET HOLDINGS, LLC,

    Defendant.

_____/

**PLAINTIFF'S STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, JESUS GONZALEZ, ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses this action with prejudice, with each party to bear its own attorney's fees and costs.

STIPULATED AND AGREED on the dates below written.

Respectfully submitted on February 15, 2024.

   */s/ Alberto R. Leal*
   Alberto R. Leal
   Florida Bar No. 1002345
   Alberto R. Leal, Esq., P.A.
   8927 Hypoluxo Road, Suite 157
   Lake Worth, FL 33467
   Telephone: (954) 637-1868
   Email: albertolealesq@gmail.com
   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of February, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Rodolfo Gomez, Esq.
FordHarrison LLP
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131
Telephone: (305) 808-2100
Facsimile: (305) 808-2101
rgomez@fordharrison.com
Counsel for Defendant

/s/ Alberto R. Leal
Attorneys for Plaintiff

WSACTIVELLP:113034070.1 - 2/16/2024 11:11 AM

10